**HOFACKER,** Respondent, v. HOFACKER, Appellant. (Supreme Court, Appellate Division,

Second Department. October 18, 1907.) Action by Gottfried Hofacker against Victorine Hofacker. No opinion. Judgment affirmed by default, with costs.